ALEXANDER HOLLAND, Treasurer, etc., Appellant, *v.* STEPHEN B. HAYMAN, Respondent.

(Submitted March 22, 1873; decided June term, 1873.)

DECIDED on the facts in the case.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.